Filed 3/14/13  Gracey v. Tilles, Webb etc. CA2/7

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SEVEN

| | |
|---|---|
| WAYNE W. GRACEY, et al.,<br><br>    Plaintiffs and Appellants,<br><br>        v.<br><br>TILLES, WEBB, KULLA & GRANT, et al.,<br><br>    Defendants and Respondents. | B234634<br><br>(Los Angeles County<br>Super. Ct. No. BC419069)<br><br>**ORDER MODIFYING OPINION; NO CHANGE IN JUDGMENT** |

THE COURT:

It is ordered that the opinion filed herein on February 25, 2013, and not certified for publication, be modified as follows:

1.  On page 11, lines 1 and 4, the citation referenced is:  *Fergus v. Sanger*

    It should read:  *Fergus v. **Songer***

The petition for rehearing is denied.  The  foregoing  does  not  change  the judgment.

_____

**PERLUSS, P. J.**              **WOODS, J.**